Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Southern District of District

Augusta Division

| | |
|---|---|
| James Lamont Taylor<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Mercedes-Benz of Augusta; Capital One Auto Finance; Santander Consumer USA; Regional Acceptance Corporation; and AmeriCredit Financial Services, Inc.<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. CV122-89<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: James Lamont Taylor
   Street Address: 2023 Ashley Drive
   City and County: Augusta; Richmond
   State and Zip Code: Georgia; 30906
   Telephone Number: (706) 631-6774
   E-mail Address: jltaylor1914@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Mercedes-Benz of Augusta
- Job or Title (if known): Dealership/Finance Company
- Street Address: 3061 Washington Road
- City and County: Augusta; Richmond
- State and Zip Code: Georgia; 30907
- Telephone Number: (706) 860-1111
- E-mail Address (if known): n.cartwright@gpi.mbofaugusta.com

Defendant No. 2
- Name: Capital One Auto Finance
- Job or Title (if known): Finance Company
- Street Address: 7933 Preston Road
- City and County: Plano; N/A
- State and Zip Code: Texas; 75024-2302
- Telephone Number: (833) 292-8336
- E-mail Address (if known): N/A

Defendant No. 3
- Name: Santander Consumer USA
- Job or Title (if known): Finance Company
- Street Address: 3000 Kellway Drive, Suite 120
- City and County: Carrollton; N/A
- State and Zip Code: Texas; 75006
- Telephone Number: (888) 222-4227
- E-mail Address (if known): N/A

Defendant No. 4
- Name: Regional Acceptance Corporation
- Job or Title (if known): Finance Company
- Street Address: 1424 East Fire Tower Road
- City and County: Greenville; N/A
- State and Zip Code: North Carolina; 27858-4105
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 5
- Name: AmeriCredit Financial Services, Inc
- Job or title: Finance Company
- Street Address: 801 Cherry Street, Suite 3500
- City and County: Fort Worth; N/A

continued on back

Defendant No. 5 (continued)
State and Zip Code     Texas; 76102
Telephone Number       (800) 644-2297
Email Address          N/A

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. The Equal Credit Opportunity Act, 15 USC 1602, 15 USC 1662, 15 USC 1681, 15 USC 1691

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* N/A , is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)*

b. If the defendant is a corporation
The defendant, (name) N/A, is incorporated under the laws of the State of (name) N/A, and has its principal place of business in the State of (name) N/A.
Or is incorporated under the laws of (foreign nation) N/A,
and has its principal place of business in (name) N/A.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

N/A

III. Statement of Claim

Credit is excluded from adverse actions and the denials discriminate against my rights as a creditor. after transaction is completed

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A consumer credit transaction was completed on 06/06/2022 with Mercedes-Benz of Augusta, after providing their rep Corey Donahue my credit card and credit was denied (1, Exhibit, page 1). A down payment was also mentioned on 06/06/2022 by Donahue (Exhibit, page 2). Consumer credit transactions were completed on 06/09/2022 with Capital One, Santander, Regional Acceptance and AmeriCredit after providing Donahue my credit card and each Defendant denied credit (3, Exhibit, pages 3-6).

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I would like the credit that was received via cell of the consumer credit transactions on 06/09/2022 and 06/06/2022 when I provided my credit card to reps of Mercedes-Benz of Augusta, who provided it to the other listed Defendants. I would like a vehicle of my choice (including title; complete ownership) and $55 million because my rights were violated, I

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Relief (continued)**

was discriminated against, missed diabetic and hair appointments, ~~and~~ lost job opportunities, and ~~bebe~~ unable to setup an electricity account. The Defendants (All) have received benefits from the use of my credit card, however I received no benefits.

### V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/01/2022

Signature of Plaintiff: *James Lamont Taylor*
Printed Name of Plaintiff: James Lamont Taylor

#### B.     For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Street Address: N/A
State and Zip Code: N/A
Telephone Number: N/A
E-mail Address: N/A

MERCEDES BENZ OF AUGUSTA
3061 Washington Rd
Augusta GA 30907-3828
706-860-1111

\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 601    T2  P1
James Taylor
2023 Ashley Dr
Augusta GA 30906-5082

June 6, 2022

Dear James Taylor,

Thank you for submitting your recent application to us for vehicle financing. After carefully reviewing your application, we are sorry to advise you that we cannot extend vehicle financing to you at this time.

If you would like a statement of specific reasons why your application was denied, please contact our Finance Director at the address and/or telephone number listed above within 60 days of the date of this letter, and we will provide you with a statement of reasons within 30 days after receiving your request. If we provide you reasons orally, you have the right to request that we confirm them in writing within 30 days of our receipt of your written request for confirmation.

**DEALER OBTAINED A CREDIT REPORT: ☑ YES ☐ NO**

If we checked YES, that means we obtained information from a consumer reporting agency or distributor as part of our consideration of your application. The box checked b shows the name, address, and toll free telephone number for the consumer reporting agency or distributor that provided a report to us. The reporting agency or distributor played no part in our decision and is unable to supply specific reason why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you recieved this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency or distributor. You can find out about the information contained in your file (if one was used) by contacting:

☐ Equifax
P.O. Box 740241
Atlanta, GA 30374
(800) 685-1111
www.equifax.com

☐ Experian
c/o CDK Global, LLC (Distributor)
1950 Hassell Road
Hoffman Estates, IL 60169
(800) 324-3463
www.credit.services@cdk.com

☑ 430 TransUnion
P.O. Box 2000
Chester, PA 19022
(800) 888-4213
www.transunion.com

**DEALER OBTAINED AND USED A CREDIT REPORT: ☑ YES ☐ NO**

If we checked YES above, that means we also obtained your credit score from this consumer reporting agency or distributor and used it in making our credit decision. Your cr score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 430 Date: 06/06/2022 Scores range from a low of: 250 to a high of: 900

Key Factors that adversely affected your credit score:

Serious Delinquency, And Public Record Or Collection Filed
Time Since Delinquency Is Too Recent Or Unknown
Too Few Accounts Currently Paid As Agreed
Number Of Accounts With Delinquency

If you have any questions regrding your credit score you should contact the consumer reporting agency at the address listed above.

**DEALER OBTAINED INFORMATION FROM A THIRD PARTY ABOUT CREDIT WORTHINESS: ☐ YES ☑ NO**

If we checked YES above, that means we obtained information from a third party other than a credit reporting agency, such as your employer, landlord, or other credit reference you provided. Our credit decision was based in whole or in part on the information provided by the third party. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

**DEALER SUBMITTED YOUR APPLICATION TO FINANCE SOURCE: ☑ YES ☐ NO**

If we checked YES above, that means we submitted your application to a bank or other creditor(s). You should understand that as a dealer, we generally sell cars on credit only if a third party lik a bank or finance company will agree to buy the contract from us on terms that are financially acceptable to us. Regrettably, we could not do that in this instance.
If we checked NO, that means we made the decision on your application without submitting it to another creditor.
If you have any questions regarding this notice, please contact our Finance Director at the number listed above.

Sincerely,

○ federal Equal Credit Opportunity Act prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, tatus, age (privided the applicant has the capacity to enter into a binding contract): because all or part of the applicant's income derives from any public ·ant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers

1:01 PM Wed Aug 10

🔍 Dona    Cancel

COREY
DONAHUE  coreydonahue864@gmail...

## COREY >
iMessage
Mon, Jun 6, 10:15 AM

Good morning this is Corey Donahue with Mercedes-Benz of Augusta. I am following up with your interest in purchasing our 2021 C class on lease. Give me a call when you get this message. Thanks.

I'd need a co signer or 20-30k down

Credit score is hurting us here at a 430.

Mon, Jun 6, 1:57 PM

You'd need a co signer or significant money down for any purchase over 10,000$ financed.

Sorry I'm in the finance office today. I can give you a call shortly.

## Conversations    See All

**8778493331**  6/10/22
$1.  That's the donation I'm asking you to make before midnight. Yes, j...

**COREY DONAHUE**  6/6/22
Good morning this is Corey Donahue with Mercedes-Benz of Augusta. I...

**668366**  5/5/22
MoveOn: The draft copy of the Supreme Court decision on abortio...

## Links    See All

cuhr744.kalachanda...


Donald Glover Ta...
apple.news


Donald Glover S...
apple.news

iMessage



06/18/2022

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

Reference: 0230154977

JAMES L TAYLOR
2023 ASHLEY DR
AUGUSTA GA 30906

M106
000016932

Dear JAMES L TAYLOR,

On 06/09/22, MERCEDES BENZ OF AUGUSTA sent us an application for auto financing on your behalf. After reviewing the application and information from your credit report, we wanted to let you know that we cannot provide you with auto financing at this time. Here's why:

Applicant : There are too many delinquent past or present credit obligations
Applicant : Proportion of revolving account balance(s) to credit limit or high credit is too high

The only addition to your credit report will be an inquiry from us which was used to review your credit history.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

| Experian | Equifax Information Services | TransUnion Consumer Solutions |
|---|---|---|
| P.O. Box 2002 | P.O. Box 740241 | P.O. Box 1000 |
| Allen, TX 75013 | Atlanta, GA 30374-0241 | Chester, PA 19016 |
| (888) 397-3742 | (800) 685-1111 | (800) 888-4213 |

Sincerely,

Capital One Auto Finance

See next page for important disclosures

Capital One Auto Finance is a division of Capital One, National Association.

AA_PostDlr_Dcln_953

**Santander** Consumer USA

P.O. Box 9118 Temecula, CA 92589-9118

Reference Number:
**141630683**

07/04/2022

ADDRESS SERVICE REQUESTED

6256015001    PRESORT PBPS027 <>

JAMES L TAYLOR
2023 ASHLEY DR
AUGUSTA GA 30906-5082

**Dear JAMES L TAYLOR,**

Thank you for your recent application for the extension of credit through MERCEDES BENZ OF AUGUSTA. After carefully reviewing your application, we regret that we are unable to approve the terms of your credit request. If you would like a statement of specific reasons why your application was denied, please contact us at our address or telephone number shown below within 60 days of the date of this letter. We will provide you with the statement of reasons in writing within 30 days after receiving your request. Please make sure to have your reference number available when you contact us.

Santander Consumer USA, Inc. | P.O. Box 660538 Dallas, TX 75266-9039
Telephone: (877) 219-9672

If we obtained information from a consumer reporting agency as part of our consideration of your application, its name, address and toll-free telephone number is shown below. The consumer-reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer-reporting agency.

You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file by contacting:

Experian, P.O. Box 2002 Allen, TX 75013, and (888) 397-3742
LexisNexis Risk & Information Analytics Group Inc., P.O. Box 105108 Atlanta, GA 30348-5108, and (866) 312-8076

We also obtained your credit score from Experian and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 427                              Date: 06/09/2022

Scores range from a low of 250 to a high of 900
Key factors that adversely affected your credit score:

Serious delinquency and public record or collection filed
Time since delinquency is too recent or unknown
Number of accounts with delinquency
Too few accounts currently paid as agreed

If you have any questions regarding your credit score, you should contact Experian at P.O. Box 2002 Allen, TX 75013 or (888) 397-3742.

If you have any questions regarding this letter, you should contact us at:
Santander Consumer USA, Inc. | P.O. Box 660538 Dallas, TX 75266-9039
Telephone: (877) 219-9672

Sincerely,
Santander Consumer USA, Inc.



**REGIONAL ACCEPTANCE CORPORATION**
An affiliate of Truist

Creditor:

REGIONAL ACCEPTANCE CORP.
3209 BUFORD HIGHWAY, 3RD FLOOR
DULUTH, GA 30096

Date: 07/03/2022

Application Date: 06/09/2022
Dealer Name: Mercedes Benz of Augusta

Application Number: 41169488

# 000001020        I=0000

1020 1 MB 0.482
JAMES L TAYLOR
2023 ASHLEY DR
AUGUSTA GA 30906-5082

### RETAIL STATEMENT OF CREDIT DENIAL, TERMINATION OR CHANGE

Dear JAMES L TAYLOR,

Thank you for your recent application for financing the purchase of an automobile. We regret that we are unable to approve your request. Your application was processed by a credit scoring system that assigns a numerical value to the various items of information we consider in evaluating an application. These numerical values are based upon the results of analyses of repayment histories of large numbers of customers. The information you provided in your application did not score a sufficient number of points for approval of the application.

The reasons why you did not score well compared to other applicants were:

Number of inquiries with Trans Union
Trends in non-mortgage account balances
Time since delinquency is too recent or unknown
Serious delinquency, and public record or collection filed

In evaluating your application the consumer reporting agencies listed below provided us with information that in whole or in part influenced our decision. The consumer reporting agencies played no part in our decision and are unable to supply specific reasons why we have denied credit to you. Under the Fair Credit Reporting Act, you have a right to know the information provided to us. It can be obtained by contacting: Transunion 2 Baldwin Place, P.O. Box 1000 Chester, PA 19022 (800)888-4213, Lexis Nexis Risk & Information Analytics Group Inc. PO Box 1455 St. Cloud, MN. 56302 (866) 897-8126. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have a right to dispute the matter with the reporting agency.

We also obtained your credit score from this consumer reporting agency and used it in making our decision. Your credit score can change, depending on how the information in your credit report changes.
Score ranges from a low of   250       to a high of      900
Your credit score:   369              Date:   06/09/2022
Key factors that adversely affected your credit score:
       Time since delinquency is too recent or unknown
       Number of accounts with delinquency
       Too few accounts currently paid as agreed
       Serious delinquency, and public record or collection filled
       The number of inquiries on the consumers credit file has adversely affected the credit score.
If you have questions regarding this notice, you should contact us at the address listed at the top of this form or the telephone number listed below.

Sincerely,
Regional Acceptance Corporation

B y:  Kyle Llewellyn                    Phone:   (770) 776-1920

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, D.C. 20006 and Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.



P.O. Box 183621
Arlington, Texas 76096-3621

June 26, 2022
Reference: 943223314

+ 0b5b919 000014460 09AMA2 00086807  b12 792 28919
JAMES L TAYLOR
2023 ASHLEY DR
AUGUSTA GA 30906-5082

Dear JAMES TAYLOR,

Your application for credit was forwarded to us by MERCEDES BENZ OF AUGUSTA. After careful review, we are sorry to advise you that we cannot approve your application on the specific terms requested by the dealer at this time. If you would like a statement of specific reasons why your application was denied, please contact us as shown below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

If we obtained information from a consumer reporting agency as part of our consideration of your application, its name, address, and toll-free telephone number is shown below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file (if one was used) by contacting:



| Equifax Credit Information Services | TransUnion CreditVision | SageStream / LexisNexis |
|---|---|---|
| P.O. Box 740040 | Consumer Relations | Risk Solutions C |
| Atlanta, GA 30374 | P.O. Box 2000 | P.O. Box 105108 |
| 800-555-4544 | Chester, PA 19016 | Atlanta, GA 30348-5108 |
|  | 800-916-8800 | 888-395-0277 |

We also obtained your credit score from Equifax Credit Information Services and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 436
Date: 06/09/2022
Scores range from a low of 250 to a high of 900.
Key factors provided by the consumer reporting agency that adversely affected your credit score:
38 - Serious delinquency, and derogatory public record or collection filed
13 - Time since delinquency is too recent or unknown
18 - Number of accounts with delinquency
10 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts
Number of inquiries adversely affected the score - impact was not significant