IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES LAMONT TAYLOR, | * | |
| Plaintiff, | * | |
| v. | * | CV 122-089 |
| MERCEDES-BENZ OF AUGUSTA; CAPITAL ONE AUTO FINANCE; SANTANDER CONSUMER USA; REGIONAL ACCEPTANCE CORPORATION; and AMERICREDIT FINANCIAL SERVICES, INC., | * | |
| Defendants. | * | |

O R D E R

Before the Court is Defendant Santander Consumer USA's motion to dismiss. (Doc. 5.) This motion to dismiss was filed on August 1, 2022. On August 10, 2022, Plaintiff filed an amended complaint against all Defendants. (Doc. 7.) It is well established that "[a]n amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint." S. Pilot Ins. Co. v. CECS, Inc., 15 F. Supp. 3d 1284, 1287 n.1 (N.D. Ga. 2013) (citing Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006)).

Accordingly, **IT IS HEREBY ORDERED** that Defendant Santander Consumer USA's motion to dismiss (Doc. 5) is **DENIED AS MOOT.**

**ORDER ENTERED** at Augusta, Georgia, this 30th day of August, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA